UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHANDRIKA HICKS, )<br>)<br>Plaintiff )<br>) Case No.: 2:16-cv-03808-ER<br>v. )<br>)<br>TORRES CREDIT SERVICES, INC., )<br>)<br>Defendant ) | |

## STIPULATION TO DISMISS

TO THE CLERK:

COME NOW Plaintiff, CHANDRIKA HICKS, and Defendant, TORRES CREDIT SERVICES, INC., through undersigned counsel, and hereby stipulate and agree, pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, to the dismissal of this action, with prejudice, with each party to bear its own fees and costs.

| | |
|---|---|
| _____<br>Andrew M. Schwartz<br>Michael E. Fitzgerald<br>Marshall Dennehey Warner<br>Coleman & Goggin, P.C.<br>2000 Market St., Suite 2300<br>Philadelphia PA 19103<br>Phone: 215-575-2765<br>Attorneys for Defendant<br><br>Date: January 12, 2017 | /s/ Amy Lynn Bennecoff Ginsburg<br>Amy Lynn Bennecoff Ginsburg, Esq.<br>Kimmel & Silverman, P.C.<br>30 East Butler Pike<br>Ambler, PA 19002<br>Phone: (215) 540-8888<br>Fax: (215) 540-8817<br>Attorney for the Plaintiff<br><br>Date: January 12, 2017 |

BY THE COURT:

_____
J.