UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHANDRIKA HICKS, | ) |
| | ) |
| Plaintiff | ) |
| | ) Case No.: 2:16-cv-03808-ER |
| v. | ) |
| | ) |
| TORRES CREDIT SERVICES, INC., | ) |
| | ) |
| Defendant | ) |

①

STIPULATION TO DISMISS

TO THE CLERK:

COME NOW Plaintiff, CHANDRIKA HICKS, and Defendant, TORRES CREDIT SERVICES, INC., through undersigned counsel, and hereby stipulate and agree, pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, to the dismissal of this action, with prejudice, with each party to bear its own fees and costs.

Andrew M. Schwartz
Michael E. Fitzgerald
Marshall Dennehey Warner
Coleman & Goggin, P.C.
2000 Market St., Suite 2300
Philadelphia PA 19103
Phone: 215-575-2765
Attorneys for Defendant

Date: January 12, 2017

/s/ Amy Lynn Bennecoff Ginsburg
Amy Lynn Bennecoff Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (215) 540-8817
Attorney for the Plaintiff

Date: January 12, 2017

BY THE COURT:

_____
J.

① CASE shall be marked Closed,